*Valentine Brookes* and *Miss Beatrice Rosenberg* for the United States.

No. 713. VELAZQUEZ *v.* UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Hugh R. Francis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Valentine Brookes* for the United States.

No. 865. THE ESMOND MILLS ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Andrew B. Trudgian* for petitioners. *Solicitor General Fahy* for respondent.

No. 958. KENNEDY LAUNDRY CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James A. O'Callaghan* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *L. W. Post* for respondent.

No. 983. JOHN M. WHELAN & SONS, INC. *v.* UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. George E. Beechwood* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Valentine Brookes* and *Hubert H. Margolies* for the United States.